RECEIVED

JAN - 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH JACQUET | CIVIL ACTION NO. 6:11-cv-1817 |
| LA. DOC #118386 | |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| J. PHIL HANEY., ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2). Plaintiff may reassert his claim if and when he can meet the *Heck v. Humphrey* conditions.

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this ____ day of

January , 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE